**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7028**

_____

MARK E. RICHARDS,

                                  Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                  Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-176-3)

_____

Submitted: November 7, 2002        Decided: November 26, 2002

_____

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mark E. Richards, Appellant Pro Se.  Richard Carson Vorhis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark E. Richards, a state prisoner, seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000).[*] We have reviewed the record and conclude in part for the reasons stated by the magistrate judge that Richards has not made a substantial showing of the denial of a constitutional right. See Richards v. Angelone, CA-01-176-3 (E.D. Va. June 27, 2002). We further find Richards' claims regarding his parole revocation hearing were barred by the one year limitations period. See 28 U.S.C. § 2244(d) (2000); Crawley v. Cato, 257 F.3d 395, 399 (4th Cir. 2001), cert. denied, 122 S. Ct. 811 (2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] By consent of the parties, the decision below was rendered by a magistrate judge. See 28 U.S.C. § 636(c) (2000).

2